**Order entered April 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00376-CV

### THE UNIVERSITY OF TEXAS AT DALLAS, Appellant

### V.

### RICHARD J. ADDANTE, PH.D., Appellee

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-17-03714-A

### ORDER

The clerk's record is overdue. Appellant has provided written verification that it has paid the fee for the clerk's record. Accordingly, we **ORDER** Dallas County Clerk John Warren to file the clerk's record **within ten days** of the date of this order.

Because no reporter's record was taken in this case, appellant's brief will be due twenty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a)(1).

/s/     BILL WHITEHILL
JUSTICE